FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 25 PM 1: 13

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CORRINE WATSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-3753-PB-SS** |
| **JO ANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the defendant, Jo Anne Barnhart, Commissioner of Social Security Administration, to dismiss (Rec. doc. 6) is GRANTED.

New Orleans, Louisiana, this 24TH day of Jan, 2006.

*[signature: Peter Beer]*
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____